# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. <u>05-40253-DDO</u>
JEWETT, WILLIAM L )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
                Debtor (s) )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1.     That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2.     That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>43,062.36</u>, disbursements of $<u>545.01</u>, and balance on hand of $<u>42,517.35</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3.     The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4.     The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|
| | | |

5.     The maximum allowable trustee compensation is $<u>5,056.24</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>5,056.24</u> for final compensation and an additional $<u>105.32</u> for final reimbursement of expenses.

6.     The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a)     $38,067.55$, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 5,056.24 | 5,056.24 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 105.32 | 105.32 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 30,000.00 | 30,000.00 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 806.00 | 806.00 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 2,075.79 | 2,075.79 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 24.20 | 24.20 |
|  | Total | 38,067.55 | 38,067.55 |

(b)     $0.00  for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|

(c)     $4,449.80, for unsecured creditors allowed in the total amount of $72,373.70, yielding a dividend of 6.1483661% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| American Express Centurion Bank | 000003 | 849.25 | 52.21 |
| B-LINE LLC | 000005 | 10,463.60 | 643.34 |
| BJERSTEDT PROFESSIONAL SVCS | 000006 | 2,565.00 | 157.71 |
| CITIBANK SD NA | 000007 | 10,702.58 | 658.03 |

| | | | |
|---|---|---|---|
| CONSTANCE M JOHNSON | 000001 | 2,800.00 | 172.15 |
| TWIN CITY COOP FCU | 000002 | 18,293.75 | 1,124.77 |
| US BANK NA | 000004 | 26,699.52 | 1,641.59 |
| Total | | $72,373.70 | $4,449.80 |

7. The trustee's distribution of gross receipts of $43,062.36 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 5,056.24 | a. | Trustee Compensation |
| $ | 30,000.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 806.00 | d. | Other Professionals |
| $ | 2,750.32 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 4,449.80 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 43,062.36 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 43,062.36 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: September 19, 2007                    /e/ Randall L. Seaver
                                             RANDALL L. SEAVER, Trustee
                                             12400 PORTLAND AVENUE SOUTH
                                             SUITE 132
                                             BURNSVILLE, MN  55337
                                             (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: __October 18, 2007__               HABBO G. FOKKENA
                                          UNITED STATES TRUSTEE
                                          Region 12

                                     By: _/s/ Lynn C. Stoltzman_

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 05-40253　　DDO　　Judge: Dennis D. O'Brien　　　　Trustee Name:　　RANDALL L. SEAVER
Case Name: JEWETT, WILLIAM L　　　　　　　　　　　　　　　Date Filed (f) or Converted (c):　01/17/05 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　341(a) Meeting Date:　02/15/05
For Period Ending: 09/24/07　　　　　　　　　　　　　　　Claims Bar Date:　10/16/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2. HOMESTEAD (1/2 INTEREST) | 223,000.00 | 0.00 | | 0.00 | FA |
| 　Debtor Claimed Exemption | | | | | |
| 3. NON-HOMESTEAD REAL ESTATE | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 　Lien to extent of value so DA | | | | | |
| 4. 2002 TOYOTA CAMRY | 12,000.00 | 0.00 | | 0.00 | FA |
| 　Debtor Claimed Exemption | | | | | |
| 5. CAMERA | 50.00 | 0.00 | DA | 0.00 | FA |
| 　INCONSEQUENTIAL VALUE SO DA | | | | | |
| 6. WOODWORKING TOOLS AND WOODCHIPPER | 3,085.00 | 0.00 | DA | 0.00 | FA |
| 　Woodworking tools exempt; woodchipper of inconsequential value so DA | | | | | |
| 7. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 　Debtor Claimed Exemption | | | | | |
| 8. 401K | 0.00 | 0.00 | | 0.00 | FA |
| 　Debtor Claimed Exemption | | | | | |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 　Debtor Claimed Exemption | | | | | |
| 10. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 　Debtor Claimed Exemption | | | | | |
| 11. SANIBEL TIMESHARE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 　SAME AS ITEM 18 | | | | | |
| 12. CLAIM VS BARBARA NELSON (SPOUSE) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 　INCLUDED IN ITEM 18 | | | | | |
| 13. POSSIBLE AVOIDABLE TRANSFERS (u) | 0.00 | 7,397.00 | | 7,397.00 | FA |
| 14. PREFERENCE RECOVERY (u) | 0.00 | 3,603.50 | | 3,603.50 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 251.19 | Unknown |

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 12.10a

Case No: 05-40253    DDO    Judge: Dennis D. O'Brien      Trustee Name: RANDALL L. SEAVER
Case Name: JEWETT, WILLIAM L      Date Filed (f) or Converted (c): 01/17/05 (f)
341(a) Meeting Date: 02/15/05
Claims Bar Date: 10/16/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. CAPITAL ONE AVOIDANCE JUDGMENT (u) | 0.00 | 3,482.22 | | 3,482.22 | FA |
| 17. AVOIDANCE CLAIM-NEW CENTURY (u) | 0.00 | 20,500.00 | | 20,500.00 | FA |
| 18. TIMESHARE AVOIDANCE (u) SANIBEL TIMESHARE; RECOVERIES FROM NELSON ESTATE | 0.00 | 7,828.45 | | 7,828.45 | FA |

TOTALS (Excluding Unknown Values)    $ 421,935.00    $ 42,811.17    $ 43,062.36    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/06     Current Projected Date of Final Report (TFR): 10/15/07

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-40253 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | JEWETT, WILLIAM L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3750  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4927 | | |
| For Period Ending: | 09/24/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/13/06 | 14 | Cardmember Service<br>Agent for MoenyGram<br>200 South 6th Street<br>Minneapolis, MN  55402 | PREFERENCE RECOVERY | 1241-000 | 3,603.50 | | 3,603.50 |
| 07/24/06 | 13 | First USA Bank<br>P.O. box 15062<br>Wilmington, DE  19850 | Settlement of preference | 1241-000 | 4,497.00 | | 8,100.50 |
| 07/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.08 | | 8,102.58 |
| 08/25/06 | 13 | Twin City Co-ops<br>Federal Credit Union<br>P.O. Box 130670<br>Roseville, MN  55113 | Avoidance claim vs. Twin City Co-op | 1241-000 | 2,900.00 | | 11,002.58 |
| 08/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.96 | | 11,009.54 |
| 09/29/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.05 | | 11,018.59 |
| 10/11/06 | 16 | CAPITAL ONE SERVICES INC<br>PO BOX 85508<br>RICHMOND, VA 23285-5508 | CAPITAL ONE AVOIDANCE JUDGMENT | 1241-000 | 3,482.22 | | 14,500.81 |
| 10/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.89 | | 14,511.70 |
| 11/30/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.93 | | 14,523.63 |
| 12/29/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.33 | | 14,535.96 |
| 01/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.35 | | 14,548.31 |
| 02/28/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.16 | | 14,559.47 |
| 03/29/07 | 17 | KEVIN DUNLEVY, PA TRUST ACCOUNT<br>282 US TRUST BLDG<br>730 2ND AVE S<br>MINNEAPOLIS, MN  55402 | AVOIDANCE CLAIM-NEW CENTURY | 1242-000 | 20,500.00 | | 35,059.47 |
| 03/30/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.36 | | 35,071.83 |
| 04/06/07 | 18 | JPMORGAN CHASE BANK | PREFERENCE RECOVERY-TIMESHARE | 1241-000 | 3,753.59 | | 38,825.42 |

Page Subtotals  38,825.42  0.00

LFORM24

Ver: 12.10a

| Case No: | 05-40253 -DDO | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | JEWETT, WILLIAM L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3750 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4927 | | |
| For Period Ending: | 09/24/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 4 NEW YORK PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10004 | | | | | |
| 04/30/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 29.83 | | 38,855.25 |
| 05/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 33.00 | | 38,888.25 |
| 06/20/07 | 000101 | INTERNATIONAL SURETIES, LTD<br>ATTN: MARLEY V. MILLER<br>203 CARONDELOLET, STE 500<br>NEW ORLEANS, LA 70130 | TRUSTEE BOND | 2300-000 | | 45.01 | 38,843.24 |
| 06/29/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 31.96 | | 38,875.20 |
| 07/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 33.03 | | 38,908.23 |
| 08/15/07 | 18 | JPMORGAN CHASE BANK, NA<br>4 NEW YORK PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10004 | TIMESHARE AVOIDANCE | 1241-000 | 4,074.86 | | 42,983.09 |
| 08/16/07 | 000102 | UNITED STATES BANKRUPCTY COURT<br>OFFICE OF THE CLERK<br>300 S. FOURTH STREET<br>MINNEAPOLIS, MN 55415 | ADVERSARY FILING FEE #06-4167 | 2700-000 | | 250.00 | 42,733.09 |
| 08/16/07 | 000103 | UNITED STATES BANKRUPCTY COURT<br>OFFICE OF THE CLERK<br>300 S. FOURTH STREET<br>MINNEAPOLIS, MN 55415 | ADVERSARY FILING FEE #06-4192 | 2700-000 | | 250.00 | 42,483.09 |
| 08/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 34.26 | | 42,517.35 |

Page Subtotals          4,236.94          545.01

Ver: 12.10a

LFORM24

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-40253 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | JEWETT, WILLIAM L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3750  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4927 | | |
| For Period Ending: | 09/24/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 43,062.36 | 545.01 | 42,517.35 |
| | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 43,062.36 | 545.01 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 43,062.36 | 545.01 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********3750 | 43,062.36 | 545.01 | 42,517.35 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 43,062.36 | 545.01 | 42,517.35 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 12.10a

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 05-40253    DDO  
Debtor Name: JEWETT, WILLIAM L

Page  1

Date: September 24, 2007

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $42,517.35 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $5,056.24 | $0.00 | $5,056.24 | $5,056.24 | $37,461.11 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $105.32 | $0.00 | $105.32 | $105.32 | $37,355.79 |
| 000008 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $30,000.00 | $0.00 | $30,000.00 | $30,000.00 | $7,355.79 |
| 000009 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $2,075.79 | $0.00 | $2,075.79 | $2,075.79 | $5,280.00 |
| 000010 | LINDA M. BERREAU | Admin | 025 | $806.00 | $0.00 | $806.00 | $806.00 | $4,474.00 |
| 000011 | LINDA M. BERREAU * | Admin | 025 | $24.20 | $0.00 | $24.20 | $24.20 | $4,449.80 |
| 000001 | CONSTANCE M JOHNSON | Unsec | 070 | $2,800.00 | $0.00 | $2,800.00 | $172.15 | $4,277.65 |
| 000002 | TWIN CITY COOP FCU | Unsec | 070 | $18,293.75 | $0.00 | $18,293.75 | $1,124.77 | $3,152.88 |
| 000003 | American Express Centurion Bank | Unsec | 070 | $849.25 | $0.00 | $849.25 | $52.21 | $3,100.67 |
| 000004 | US BANK NA | Unsec | 070 | $26,699.52 | $0.00 | $26,699.52 | $1,641.59 | $1,459.08 |
| 000005 | B-LINE LLC | Unsec | 070 | $10,463.60 | $0.00 | $10,463.60 | $643.34 | $815.74 |
| 000006 | BJERSTEDT PROFESSIONAL SVCS | Unsec | 070 | $2,565.00 | $0.00 | $2,565.00 | $157.71 | $658.03 |
| 000007 | CITIBANK SD NA | Unsec | 070 | $10,702.58 | $0.00 | $10,702.58 | $658.03 | $0.00 |
| << Totals >> | | | | $110,441.25 | $0.00 | $110,441.25 | $42,517.35 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-40253 DDO
**Debtor:** JEWETT, WILLIAM L

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $43,062.36

|  |  | $43,062.36 | 25% of First $5,000 | $1,250.00 |
| --- | --- | --- | --- | --- |
| Less | - | $5,000.00 | ($1,250 Maximum) |  |
| Balance |  | $38,062.36 | 10% of Next $45,000 | $3,806.24 |
| Less | - | $38,062.36 | ($4,500 Maximum) |  |
| Balance |  | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $5,056.24
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$5,056.24**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 238 pages @ 0.25 / page | $59.50 |
| POST: Postage 10 each @ 0.41 / each | $4.10 |
| POST: Postage 1 each @ 1.56 / each | $1.56 |
| POST: Postage 1 each @ 3.16 / each | $3.16 |
| REC: RECORDING FEE 1 1 @ 10.00 / 1 | $10.00 |
| REC: RECORDING FEE 1 1 @ 27.00 / 1 | $27.00 |

TOTAL EXPENSES CALCULATED: $105.32
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$105.32**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$5,161.56**

**DATED: 09/24/07**

# Compensation and Expenses Worksheet

**Case Number:** 05-40253 DDO
**Debtor:** JEWETT, WILLIAM L
**SIGNED** _____     **TRUSTEE:** **RANDALL L. SEAVER**
                                                                                                                **12400 PORTLAND AVENUE SOUTH**
                                                                                                                **SUITE 132**
                                                                                                                **BURNSVILLE, MN  55337**